## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DAMON SMITH,

      Plaintiff,

      v.

LARRY FUCHS, SCHAETZ,
BETANCOURT, R.N. VALERIUS, R.N.
JOHNSON, R.N. PETERS, R. BUBOLZ,
and C. O'DONNELL,

      Defendants.

Case No.  20-cv-655-bbc

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |